<u>**ORAL ARGUMENT NOT YET SCHEDULED**</u>

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| SIERRA CLUB and GULF RESTORATION NETWORK, | ) ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) ) | No. 14-1190 |
| FEDERAL ENERGY REGULATORY COMMISSION, | ) ) ) ) | |
| Respondent. | ) ) ) | |

**MOTION TO EXTEND BRIEFING SCHEDULE FOR MOTION
FOR SUMMARY AFFIRMANCE**

Petitioners Sierra Club and Gulf Restoration Network hereby file this motion to modify Petitioners' previously-proposed briefing schedule. Movant-Intervenors Cameron LNG, LLC and Cameron Interstate Pipeline state that they do not consent to this motion. Movant-Intervenor American Petroleum Institute states that it takes no position on this motion. Respondent Federal Energy Regulatory

Commission had not responded to Petitioners' inquiry regarding this motion at the time of this filing.

Petitioners propose the following changes to the previously-proposed schedule:

|  | Previously Proposed Date | Newly Requested Date |
| --- | --- | --- |
| Petitioners' Opening Brief | Jan. 16, 2015 | Feb. 20, 2015 |
| FERC's Brief | Mar. 24, 2015 | Apr. 21, 2015 |
| Intervenors' Briefs | Apr. 14, 2015 | May 21, 2015 |
| Petitioners' Reply Brief | May 14, 2015 | June 22, 2015 |
| Joint Appendix | May 21, 2015 | June 29, 2015 |
| Final Briefs | May 28, 2015 | July 8, 2015 |

This brief extension is warranted in light of Respondent Federal Energy Regulatory Commission's pending motion for summary affirmance in part and dismissal in part. The Commission's reply brief in support of the pending motion was filed on December 19, 2014. Because of the Christmas and New Year's holidays, Petitioners assume that the Court is unlikely to act on the Commission's motion until January 2015. Because Petitioners would be assisted by giving the

Court an opportunity to resolve the Commission's motion prior to completion of Petitioners' merits brief, Petitioners propose the above changes.

        By:     /s/ Nathan Matthews

              Nathan Matthews (Cal. Bar No. 264248)
              Sierra Club Environmental Law Program
              85 Second St., 2d Fl.
              San Francisco, CA 94105
              Telephone: (415) 977-5695
              Fax: (415) 977-5793
              nathan.matthews@sierraclub.org

              Attorney for Petitioners Sierra Club and Gulf Restoration Network

# CERTIFICATE OF SERVICE

I, Isabelle Riu, hereby certify under the penalty of perjury that on December 23, 2014, I filed the original of Motion to Extend Briefing Schedule for Motion for Summary Affirmance via the Court's CM/ECF system, thereby causing an electronic copy to be served on all parties registered to receive notices in this case via electronic noticing. I further certify that I mailed a copy of the foregoing via U.S. Mail, first-class postage prepaid, to the following:

Mark Richard Haskell
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541


December 23, 2014                     /s/ Isabelle Riu

                                      Isabelle Riu
                                      Sierra Club
                                      50 F St NW, 8th Floor
                                      Washington, DC 20001