# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 14-1190                                          September Term, 2014

FERC-CP13-25-001
FERC-CP13-27-001

Filed On: February 4, 2015

Sierra Club and Gulf Restoration Network,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Cameron Interstate Pipeline, LLC and
Cameron LNG, LLC,
    Intervenors

**BEFORE:** Rogers, Tatel, and Brown, Circuit Judges

## O R D E R

Upon consideration of the motion for summary affirmance in part and dismissal in remaining part, the opposition thereto, the reply, American Petroleum Institute's motion for leave to intervene, the opposition thereto, the unopposed motion for a sixty-day briefing period, the motion to govern further proceedings, and the motion to extend the briefing schedule, it is

**ORDERED** that the motion for summary affirmance in part be denied. The merits of the parties' positions are not so clear as to warrant summary action. See Cascade Broadcasting Group, Ltd. v. FCC, 822 F.2d 1172, 1174 (D.C. Cir. 1987) (per curiam). It is

**FURTHER ORDERED** that the motion for dismissal in remaining part be referred to the merits panel to which this petition for review is assigned. The parties are directed to address in their briefs the issues presented in the motion to dismiss rather than incorporate those arguments by reference. It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-1190**                                                         **September Term, 2014**

**FURTHER ORDERED** that American Petroleum Institute's motion for leave to intervene be referred to the merits panel to which this petition for review is assigned. The parties are directed to address in their briefs the issues presented in the motion for leave to intervene rather than incorporate those arguments by reference. It is

**FURTHER ORDERED** that the following briefing schedule shall apply:

| | |
|---|---|
| Petitioners' Opening Brief (not to exceed 14,000 words) | March 23, 2015 |
| Respondent's Brief (not to exceed 14,000 words) | May 22, 2015 |
| Intervenor Brief of Cameron LNG and Cameron Interstate Pipeline (not to exceed 4,375 words) | June 22, 2015 |
| Brief of Movant-Intervenor American Petroleum Institute (not to exceed 4,375 words) | June 22, 2015 |
| Petitioners' Reply Brief (not to exceed 7,000 words) | July 22, 2015 |
| Joint Appendix | July 29, 2015 |
| Final Briefs | August 7, 2015 |

The Clerk is instructed to calendar this case for presentation to a merits panel. The parties will be notified separately of the oral argument date and the composition of the merits panel.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 41 (2013); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 14-1190**                                              **September Term, 2014**

      Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  See Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

**Per Curiam**