<u>**ORAL ARGUMENT NOT YET SCHEDULED**</u>

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SIERRA CLUB and GULF RESTORATION NETWORK, | )<br>)<br>)<br>) |
| Petitioners, | )<br>) |
| v. | )   No. 14-1190<br>) |
| FEDERAL ENERGY REGULATORY COMMISSION, | )<br>)<br>) |
| Respondent. | )<br>)<br>) |
| CAMERON INTERSTATE PIPELINE, LLC and CAMERON LNG, LLC, | )<br>)<br>)<br>) |
| Intervenors. | ) |

### PETITIONERS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42 and D.C. Cir. Rule 27(g), Petitioners Sierra Club and Gulf Restoration Network respectfully move to dismiss the above-captioned petition for review.

Counsel for Petitioners has contacted counsel for Respondent Federal Energy Regulatory Commission ("FERC"), counsel for Intervenor Cameron LNG, LLC ("Cameron"), counsel for Intervenor Cameron Interstate Pipeline, LLC ("Cameron Pipeline"), and counsel for Movant-Intervenor American Petroleum Institute ("API") and is authorized to state that FERC, Cameron, Cameron Pipeline and API do not oppose this motion and that each party will bear its own costs.

Respectfully submitted on March 16, 2015.

By:    /s/ Nathan Matthews

Nathan Matthews (Cal. Bar No. 264248)
Sierra Club Environmental Law Program
85 Second St., 2d Fl.
San Francisco, CA 94105
Telephone: (415) 977-5695
Fax: (415) 977-5793
nathan.matthews@sierraclub.org

Attorney for Petitioners Sierra Club and Gulf Restoration Network

# CERTIFICATE OF SERVICE

I, Natalie Spiegel, hereby certify under the penalty of perjury that on March 16, 2015, I filed the original of Petitioners' Unopposed Motion for Voluntary Dismissal via the Court's CM/ECF system, thereby causing an electronic copy to be served on all parties registered to receive notices in this case via electronic noticing. I further certify that I mailed a copy of the foregoing via U.S. Mail, first-class postage prepaid, to the following:

Mark Richard Haskell
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541


March 16, 2015.                    /s/ Natalie Spiegel

                                        Natalie Spiegel
                                        Sierra Club
                                        85 Second St., 2d Fl.
                                        San Francisco, CA 94105